**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| THOMAS ANDING, JR., | § § § | |
| Plaintiff, | § | CASE NO. 2:13-cv-127-JRG |
| v. | § § § | |
| TYSON FOODS, INC., | § § | |
| Defendant. | § § § | |

## ORDER

The Court enters this Order *sua sponte*. On August 26, 2013, the Court held a status conference. For the reasons stated in open court, the Court hereby **ORDERS** that the above-styled action shall be **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 26th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE